# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

BRYAN CALDERON,

    Plaintiff(s),

v.

PROGRESSIVE CASUALTY INSURANCE COMPANY,

    Defendant(s).

Case No. 2:23-cv-01040-RFB-NJK

**Order**

[Docket No. 11]

    Pending before the Court is a notice of Rule 26(f) conference filed by Plaintiff. Docket No. 11. Discovery-related documents must be <u>served</u> on the affected party, not <u>filed</u> on the docket, unless ordered by the Court. Local Rule 26-8; Fed. R. Civ. P. 5(d)(1). No such order has been entered in this case. Accordingly, the Court **STRIKES** the above-referenced document, and instructs the parties to refrain from filing discovery documents on the docket in the future absent a Court order that they do so.

    IT IS SO ORDERED.

    Dated: August 25, 2023

                                                      Nancy J. Koppe
                                                    United States Magistrate Judge