# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

BRYAN CALDERON,

    Plaintiff(s),

v.

PROGRESSIVE CASUALTY INSURANCE COMPANY,

    Defendant(s).

Case No. 2:23-cv-01040-RFB-NJK

**Order**

[Docket No. 13]

Pending before the Court is a proposed discovery plan that contains a number of errors. Docket No. 13. As examples, (1) the caption identifies the discovery plan as an "amended" version even though a prior version has not been filed; (2) the caption references Local Rule 26-1(e), which does not exist; (3) the discovery plan references Local Rule 26-1(d), which applies to interpleader actions and is not implicated here; and (4) the caption indicates that the discovery plan is both "submitted in compliance" with Local Rule 26-1(b) and that it seeks "special scheduling review," which does not make sense, *see* Local Rule 26-1(a) (explaining that the discovery plan is *either* submitted in compliance with Local Rule 26-1(b) *or* the parties are seeking special scheduling review). Counsel must carefully review the operative local rules,[1] update their discovery plan, and file a notice of corrected image by September 13, 2023.

IT IS SO ORDERED.

Dated: September 7, 2023

_____
Nancy J. Koppe
United States Magistrate Judge

---

[1] The operative local rules were amended on April 17, 2020, and are available on the Court's website.

1